# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: 2:25-mj-00307-DJA |
| vs. ) | **ORDER** |
| JOSEPH ARMAND ZIMMER, ) | |
| Defendant. ) | |

    Defendant is charged in the Southern District of Georgia (Augusta), and has entered into a plea agreement which was accepted on September 8, 2025, in the charging district.

    Accordingly, **IT IS HEREBY ORDERED** that the Order Granting the Petition for Warrant (ECF no. 11) issued by the Court on April 24, 2025, is **DISMISSED and this matter is closed**.

    DATED this 16th day of October 2025.

                                                  _____
                                                  DANIEL J. ALBREGTS
                                                  United States Magistrate Judge